# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL POUPART,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1340** |
| **ROBERT TANNER,**<br>    Defendant | **SECTION: "E"** |

## ORDER

The Court has considered the petition, supplemental petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the Plaintiff's objections and supplemental objections to the Magistrate Judge's Report and Recommendation.[2] The Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly;

**IT IS ORDERED** that the petition and supplemental petition of Paul Poupart for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of April, 2017.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 16.
[2] R. Docs. 19, 24.